STATE of Missouri, Respondent,

v.

Frankie L. SWANSON, Appellant.

No. WD 38668.

Missouri Court of Appeals,
Western District.

May 19, 1987.

Melinda K. Pendergraph, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Deborah L. Ground, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and KENNEDY and MANFORD, JJ.

ORDER

PER CURIAM.

Appeal from convictions of attempted second degree robbery, §§ 564.011, 569.030 RSMo 1986, and sentence of seven years imprisonment; second degree robbery, § 569.030 RSMo 1986, and sentence of eight years imprisonment; and first degree burglary, § 569.160 RSMo 1986, and sentence of eight years imprisonment.

Affirmed. Rule 30.15(b).